# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Thompson

v.

Pinnacle Credit Services, LLC,
Total Card, Inc.,
Crosstown Law, LLC, and
SeilerSchindel, PLLC.

Case No. 1:16cv440
Hon. Janet T. Neff

TO: Pinnacle Credit Services, LLC,
ADDRESS: 7900 Highway 7
St. Louis Park, MN 55426

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Roger G. Cotner
Attorney for Plaintiff
PO Box 838
Grand Haven, MI 49417
616-846-7153

CLERK OF COURT



5/2/2016

By: Deputy Clerk        Date

## PROOF OF SERVICE

This summons for _____Pinnacle Credit Services, LLC,_____ was received by me on _____.
                    (name of individual and title, if any)                               (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____        _____
                                  Server's signature

Additional information regarding attempted service, etc.:
                                         _____
                                         Server's printed name and title

                                         _____
                                         Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Thompson

v.

Pinnacle Credit Services, LLC,
Total Card, Inc.,
Crosstown Law, LLC, and
SeilerSchindel, PLLC.

Case No. 1:16cv440
Hon. Janet T. Neff

TO: Total Card, Inc.
ADDRESS: 5900 S. Broadband Lane
Sioux Falls, SD 57108

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
  P.O. Box 698, 314 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Roger G. Cotner
Attorney for Plaintiff
PO Box 838
Grand Haven, MI 49417
616-846-7153

CLERK OF COURT



5/2/2016
By: Deputy Clerk                    Date

## PROOF OF SERVICE

This summons for _____Total Card, Inc._____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

  My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                          _____
                                                Server's signature

Additional information regarding attempted service, etc.:
                                               _____
                                                Server's printed name and title

                                               _____
                                                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Thompson

v.

Pinnacle Credit Services, LLC,
Total Card, Inc.,
Crosstown Law, LLC, and
SeilerSchindel, PLLC.

Case No. 1:16cv440
Hon. Janet T. Neff

TO: Crosstown Law, LLC
ADDRESS: 7900 Highway 7, Suite 350
St. Louis Park, MN 55426

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Roger G. Cotner
Attorney for Plaintiff
PO Box 838
Grand Haven, MI 49417
616-846-7153

CLERK OF COURT



5/2/2016

By: Deputy Clerk                          Date

## PROOF OF SERVICE

This summons for _____Crosstown Law, LLC_____ was received by me on _____.
            (name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                          _____
                                                    Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                                  Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Thompson

v.

Pinnacle Credit Services, LLC,
Total Card, Inc.,
Crosstown Law, LLC, and
SeilerSchindel, PLLC.

Case No. 1:16cv440
Hon. Janet T. Neff

TO: SeilerSchindel, PLLC
ADDRESS: 5901 Cedar Lake Rd.
Minneapolis, MN 55416

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Roger G. Cotner
Attorney for Plaintiff
PO Box 838
Grand Haven, MI 49417
616-846-7153

CLERK OF COURT



5/2/2016

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____SeilerSchindel, PLLC_____ was received by me on _____.
                   (name of individual and title, if any)                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                               (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                              _____
                                              *Server's signature*

Additional information regarding attempted service, etc.:

                                              _____
                                              *Server's printed name and title*

                                              _____
                                              *Server's address*