**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAVID THOMPSON,                                      Civil Action No. 1:16-cv-00440

        Plaintiff,                                      Hon. Janet T. Neff

v.

PINNACLE CREDIT SERVICES, LLC;
TOTAL CARD, INC.,
CROSSTOWN LAW, LLC, and
SEILERSCHINDEL, PLLC,

        Defendants.

_____/

**CERTIFICATE OF SERVICE**

    On May 2, 2016, I served upon Defendant Pinnacle Credit Services, LLC, copies of the Summons and Complaint, a notice of Lawsuit and request to waive service of a summons, two copies of a waiver of the service of summons, and a self-addressed stamped envelope upon Todd Striker, Manager, Pinnacle Credit Servies, LLC, 7900 Highway 7, St. Louis Park, MN 55426, via first-class US Mail, postage pre-paid.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 3, 2016                                      /s/ Roger G. Cotner
                                                        Roger G. Cotner, Esq. (P36539)
                                                        COTNER LAW OFFICES
                                                        Attorney for Plaintiff
                                                        PO Box 838
                                                         Grand Haven, MI 49417
                                                         616-846-7153
                                                          roger@cotnerlaw.us